FILED

UNITED STATES COURT OF APPEALS

FEB 24 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STODDARD WHITE, Jr.,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>TWENTIETH CENTURY FOX CORPORATION, a Delaware corporation, with its principal place of business in California; et al.,<br><br>        Defendants - Appellees. | No. 12-55920<br><br>D.C. No. 2:11-cv-01987-SJO-SH<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: D.W. NELSON, LEAVY, and THOMAS, Circuit Judges.

      The Appellee's motion for leave to submit DVDs is GRANTED. The DVDs should be submitted on or before February 28, 2014.